**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 23-80882-CIV-SMITH

ROYMAR PAIVA, individually and on
behalf of all others similarly situated,

  Plaintiff,

vs.

PALM BEACH AUTOPLEX, LLC,

  Defendant.

_____/

**ORDER OF DISMISSAL**

  This matter is before the Court on the parties Stipulation of Dismissal without Prejudice [DE 47]. Accordingly, it is

  ORDERED that:

  1. This matter is **DISMISSED without prejudice.**

  2. All pending motions are **DENIED as moot.**

  3. This case is **CLOSED**.

  **DONE AND ORDERED** in Fort Lauderdale, Florida, this 31st day of January, 2024.

             _____
             RODNEY SMITH
             UNITED STATES DISTRICT JUDGE

cc: counsel of record